# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA TORRES,<br>　　　　Plaintiff,<br>　　v.<br>NANCY A. BERRYHILL,<br>Commissioner of Social Security,<br>　　　　Defendant. | CASE NO. 2:17-CV-07064-SK<br><br>**JUDGMENT** |

**IT IS ADJUDGED** that this action is reversed and remanded for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Opinion and Order.

DATED: April 08, 2019

　　　　　　　　　　　　　　　　　　　STEVE KIM
　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE