FILED
CLERK, U.S. DISTRICT COURT

7/8/2019

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA TORRES, | ) Case No.: 2:17-cv-7064- SK |
| Plaintiff, | ) ORDER AWARDING EQUAL |
| vs. | ) ACCESS TO JUSTICE ACT |
| ANDREW M. SAUL, | ) ATTORNEY FEES AND EXPENSES |
| Commissioner of Social Security, | ) PURSUANT TO 28 U.S.C. § 2412(d) |
| | ) AND COSTS PURSUANT TO 28 |
| Defendant | ) U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $4,100.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: July 8, 2019

_____
HONORABLE STEVE KIM
UNITED STATES MAGISTRATE JUDGE

-1-